**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANDRE M. LEIVA, | ) | NO. CV 19-6099-JAK (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| L. ZELAYA, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 31, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE